

RECEIVED

SEP  ? 2011

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Tami Hegger,

             Plaintiff(s),

v.

Unum Life Insurance Company of America, Medela Inc. Long Term Disability Plan and Medela Inc. Life Insurance Waiver of Premium Plan,

             Defendant(s).

CASE NO. CV-11-04229 PSG

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Susan M. Benton , an active member in good standing of the bar of US. District Court, Northern District of Illinois whose business address and telephone number (particular court to which applicant is admitted) is Winston & Strawn LLP, 35 West Wacker Dr, Chicago, IL 60601-9703
Telephone: (312) 558 5600; Facsimile: (312) 558 5700
Email: sbenton@winston.com

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Medela Inc. Long Term Disability Plan and Medela Inc. Life Insurance Waiver of Premium Plan,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated: 9/30/2011

                                                    United States Magistrate Judge

American LegaNet, Inc.
www.FormsWorkflow.com