| | |
|---|---|
| 1 | **RIMAC MARTIN, P.C.**<br>ANNA M. MARTIN – State Bar No. 154279 |
| 2 | amartin@rimacmartin.com<br>1051 Divisadero Street |
| 3 | San Francisco, CA  94115<br>Telephone:  (415) 561-8440 |
| 4 | Facsimile:   (415) 561-8430 |
| 5 | Attorneys for Defendants |
| 6 | UNUM LIFE INSURANCE COMPANY OF<br>AMERICA, MEDELA, INC. LONG TERM |
| 7 | DISABILITY PLAN, AND MEDELA, INC. LIFE<br>INSURANCE WAIVER OF PREMIUM PLAN |
| 8 | **KANTOR & KANTOR LLP**<br>Corinne Chandler – State Bar No. 111423 |
| 9 | cchandler@kantorlaw.net<br>19839 Nordhoff Street |
| 10 | Northridge, California 91324<br>(818) 886 2525 (Tel) |
| 11 | (818) 350 6272 (Fax) |
| 12 | Attorneys for Plaintiff<br>Tami Hegger |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| TAMI HEGGER, | ) | CASE NO.: 11-CV-04229-CRB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE HEARING DATE; ORDER** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, MEDELA, INC. LONG TERM DISABILITY PLAN AND MEDELA, INC. LIFE INSURANCE WAIVER OF PREMIUM PLAN, | ) | **First Request** |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto that the hearing currently set for November 2, 2012 shall be continued to November 16, 2012 at 10:00 a.m.

1

     Good cause exists for this request as the public school where Ms. Martin's daughter attends has a Fall Break the week of October 1, 2012 through October 5, 2012.  Ms. Martin will be in the State of Oregon during this week on vacation, which will negatively impact Ms. Martin's ability to prepare the opposition to plaintiff's motion for judgment.

     **SO STIPULATED.**

                                                                      **RIMAC MARTIN, P.C.**

DATED:  September 14, 2012        By:   */s/ Anna M. Martin*
                                                                     ANNA M. MARTIN
                                                                     Attorneys for Defendants
                                                                     UNUM LIFE INSURANCE COMPANY OF AMERICA, MEDELA, INC. LONG TERM DISABILITY PLAN, AND MEDELA, INC. LIFE INSURANCE WAIVER OF PREMIUM PLAN

                                                                     **KANTOR & KANTOR, LLP**

DATED:  September 14, 2012        By:   */s/ Corinne Chandler*
                                                                     Attorneys for Plaintiff
                                                                     Tami Hegger

     **SO ORDERED.**

Dated:  September _____18__, 2011                     _____
                                                                 The Hon. CHARLES R. BREYER
                                                                 United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*