1  **RIMAC MARTIN, P.C.**
   ANNA M. MARTIN – State Bar No. 154279
2  amartin@rimacmartin.com
   1051 Divisadero Street
3  San Francisco, CA 94115
   Telephone: (415) 561-8440
4  Facsimile: (415) 561-8430

5  Attorneys for Defendants
   UNUM LIFE INSURANCE COMPANY OF
6  AMERICA, MEDELA, INC. LONG TERM
   DISABILITY PLAN, AND MEDELA, INC. LIFE
7  INSURANCE WAIVER OF PREMIUM PLAN

8  **KANTOR & KANTOR LLP**
   Corinne Chandler – State Bar No. 111423
9  cchandler@kantorlaw.net
   19839 Nordhoff Street
10 Northridge, California 91324
   (818) 886 2525 (Tel)
11 (818) 350 6272 (Fax)

12 Attorneys for Plaintiff
   Tami Hegger
13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                       SAN FRANCISCO DIVISION
16

17 | TAMI HEGGER, | ) CASE NO.: 11-CV-04229-CRB |
   |              | ) |
18 |   Plaintiff, | ) |
   |              | ) |
19 | v.           | ) **STIPULATION TO CONTINUE** |
   |              | ) **HEARING DATE; ORDER** |
20 | UNUM LIFE INSURANCE COMPANY OF | ) |
   | AMERICA, MEDELA, INC. LONG TERM | ) **First Request** |
21 | DISABILITY PLAN AND MEDELA, INC. | ) |
   | LIFE INSURANCE WAIVER OF PREMIUM | ) |
22 | PLAN,       | ) |
   |              | ) |
23 |   Defendants.| ) |

24
25    **IT IS HEREBY STIPULATED** by and between the parties hereto that the hearing
26 currently set for November 2, 2012 shall be continued to November 16, 2012 at 10:00 a.m.
27
28

                                   1
Stipulation to Continue Hearing Date                      CASE NO. 11-CV-04229-CRB

Good cause exists for this request as the public school where Ms. Martin's daughter attends has a Fall Break the week of October 1, 2012 through October 5, 2012. Ms. Martin will be in the State of Oregon during this week on vacation, which will negatively impact Ms. Martin's ability to prepare the opposition to plaintiff's motion for judgment.

**SO STIPULATED.**

**RIMAC MARTIN, P.C.**

DATED: September 14, 2012        By:    /s/ Anna M. Martin
                                        ANNA M. MARTIN
                                        Attorneys for Defendants
                                        UNUM LIFE INSURANCE COMPANY
                                        OF AMERICA, MEDELA, INC. LONG
                                        TERM DISABILITY PLAN, AND
                                        MEDELA, INC. LIFE INSURANCE
                                        WAIVER OF PREMIUM PLAN

**KANTOR & KANTOR, LLP**

DATED: September 14, 2012        By:    /s/ Corinne Chandler
                                        Attorneys for Plaintiff
                                        Tami Hegger

**SO ORDERED.**

Dated: September ___18___, 2011        _____
                                        The Hon. CHARLES R. BREYER
                                        United States District Judge

[Stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]

2

Stipulation to Continue Hearing Date                    CASE NO. 11-CV-04229-CRB