IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI HEGGER,<br><br>    Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-04229 WHA<br><br>**ORDER TERMINATING PENDING MOTIONS** |

All pending motions are terminated and shall be refiled in accordance with Local Rule 7-2.

**IT IS SO ORDERED.**

Dated: November 13, 2012.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE