1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI HEGGER,

       Plaintiff,

  v.

 UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,

       Defendant.

_____/

No. C 11-04229 WHA

**CASE MANAGEMENT ORDER IN
DENIAL OF BENEFITS ACTION
UNDER ERISA**

After a case management conference, the Court enters the following order:

Plaintiff has leave to take a one-day deposition of Kathleen Reid in a location convenient
for the witness and agreed upon by the parties.  Plaintiff shall complete the deposition by
**JANUARY 18**.  The discovery deadline in this action has expired and no other discovery will be
permitted.

At the case management conference, the Court misunderstood the current state of the
parties' summary judgment briefing, and did not realize the parties had filed cross motions for
summary judgment, but not oppositions.  Therefore, the briefing schedule announced at the case
management conference is hereby modified as follows:

    (a)    Each party shall file an opposition limited to 25 pages (including supplemental
           contentions related to the deposition) by **JANUARY 31 AT NOON**;

    (b)    The parties shall file replies limited to 15 pages by **FEBRUARY 7 AT NOON**;

United States District Court

For the Northern District of California

1    (c)    The Court will hear oral argument on the summary judgment motions on

2    **FEBRUARY 21 AT 8:00 A.M.**

3         The present schedule already reflects the parties' request for an extension.  As such, no

4    further extensions shall be permitted.

5

6         **IT IS SO ORDERED.**

7

8    Dated:   December 14, 2012.

9                                    WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28