IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI HEGGER,

    Plaintiff,

  v.

UNUM LIFE INSURANCE COMPANY
OF AMERICA, et al.,

    Defendants.
_____/

No. C 11-04229 WHA

**ORDER GRANTING REQUEST TO MODIFY BRIEFING SCHEDULE AND SETTING HEARING DATE**

The parties' request to modify the briefing and hearing schedule on the pending motions for summary judgment is **GRANTED**. The response deadline for the cross motions for summary judgment is extended to **FEBRUARY 7 AT NOON**, and the reply deadline is extended until **FEBRUARY 14 AT NOON**. The hearing on the motions is rescheduled to **FEBRUARY 28 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 29, 2013.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE