United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   TAMI HEGGER,                              No. C 11-04229 WHA
11              Plaintiff,
12     v.                                      **ORDER GRANTING REQUEST
                                               TO MODIFY BRIEFING
13   UNUM LIFE INSURANCE COMPANY               SCHEDULE AND SETTING
     OF AMERICA, et al.,                       HEARING DATE**
14
15              Defendants.
                                    /
16
17        The parties' request to modify the briefing and hearing schedule on the pending motions

18   for summary judgment is GRANTED.  The response deadline for the cross motions for summary

19   judgment is extended to FEBRUARY 7 AT NOON, and the reply deadline is extended until

20   FEBRUARY 14 AT NOON.  The hearing on the motions is rescheduled to FEBRUARY 28 AT

21   8:00 A.M.

22
23        **IT IS SO ORDERED.**

24
25   Dated:   January 29, 2013.                _____
                                               WILLIAM ALSUP
26                                             UNITED STATES DISTRICT JUDGE
27
28