IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI HEGGER,

    Plaintiff,

  v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,

    Defendants.

No. C 11-04229 WHA

**ORDER SETTING BRIEFING AND HEARING SCHEDULE ON MOTION TO STRIKE**

Defendant has filed a motion to strike certain extrinsic evidence offered by plaintiff. In order to harmonize the motion with the existing hearing schedule, plaintiff's opposition to the motion to strike will be due by **FEBRUARY 15 AT NOON**. Defendant may file a reply by **FEBRUARY 19 AT NOON**. The motion will be heard on at the same time as the pending motions for summary judgment: **FEBRUARY 28 AT 8:00 A.M.**

**IT IS SO ORDERED.**

Dated: February 11, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE