**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAMI HEGGER,

    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF AMERICA, MEDELA INC. LONG TERM DISABILITY PLAN, AND MEDELA INC. LIFE INSURANCE WAIVER OF PREMIUM PLAN,

    Defendants.

No. C 11-04229 WHA

**JUDGMENT**

For the reasons stated in the accompanying findings of fact and conclusions of law, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants Unum Life Insurance Company of America, et al., and against plaintiff Tami Hegger.

**IT IS SO ORDERED.**

Dated: March 1, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE